| PROB 22 (TXN 10/05) | | | CASE NUMBER (TRANS. COURT) 3:03-CR-180-N(01) |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | CASE NUMBER (REC. COURT) 07CRIM 383 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE  Hector M. Frias | DISTRICT  Northern District of Texas | | DIVISION  Dallas |
|---|---|---|---|
| | NAME OF SENTENCING JUDGE  U.S. District Judge David C. Godbey | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  November 3, 2006 | TO  November 2, 2009 |

| OFFENSE |
|---|
| Mail Fraud, 18 USC § 1341 |

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Southern District Of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/5/07     (Date)                           /s/ D. C. Godbey, U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK, NEW YORK DIVISION**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 0 7 2007           HON. MICHAEL H. DOLINGER            U.S. District Judge
Effective Date         United States Magistrate Judge
                       Southern District of New York