

P12502/P. Merrigan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**07CRIM 383**

| TO: | Jim Molinelli, Miscellaneous Clerk |
|---|---|
| FROM: | Peter A. Merrigan, SUSPO |
| RE: | Hector M. Frias |
| DATE: | April 25, 2007 |
| | |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 1, 2004, the above-named individual was sentenced as outlined in the attached J & C. In February 2007, we received a letter from the Northern District of Texas advising that the Transfer of Jurisdiction Order (Probation Form 22) ordering Mr. Frias' transfer to the SD/NY, was signed. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5129.

                                          Respectfully submitted,

                                          Chris J. Stanton
                                          Chief U.S. Probation Officer

By: _____
       Peter A. Merrigan
       Supervising U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 7 2007