USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

## Petition for Summons
## with Attached Request for
## Court Action Direction Detailing Probable Cause

Offender: Frias, Hector                                            Docket Number: 07 CR 383

Sentencing Judge: Honorable Barbara Jones, U.S. District Judge

Date of Original Sentence:    March 1, 2004

Original Offense:    MAIL FRAUD

Original Sentence:   24 MONTHS IMPRISONMENT, THREE (3) YEARS SUPERVISED RELEASE

Type of Supervision:    Supervised Release    Date Supervision Commenced:    November 3, 2006

## PETITIONING THE COURT TO ISSUE A SUMMONS

The offender has not complied with the following condition(s) of supervision:

Violation
Number      Nature of Noncompliance

1           ON OR ABOUT APRIL 26, 2007 TO MAY 1, 2007, THE PROBATIONER/RELEASEE LEFT THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR THE PROBATION OFFICER, TO WIT, THE PROBATIONER/RELEASEE TRAVELED TO ORLANDO, FLORIDA. CONDITION #1, GRADE C VIOLATION.

2           ON OR ABOUT APRIL 30, 2007, THE PROBATIONER/RELEASEE FAILED TO SUBMIT A COMPLETE AND TRUTHFUL WRITTEN MONTHLY SUPERVISION REPORT, IN THAT THE REPORT FALSELY INDICATED THAT HE DID NOT TRAVEL OUTSIDE OF THE DISTRICT WITHOUT PERMISSION. CONDITION #2, GRADE C VIOLATION.

(Rev eVOP 1/25/07)



**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Elizabeth Ward-Cuprill
U.S. Probation Officer
(212) 805-5069

Approved By:

_____
Paul Wodeshick      Date
Supervising U.S. Probation Officer

(Rev eVOP 1/25/07)

Frias, Hector
07 CR 383



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Summons
    The Offender is directed to appear as follows:

    Date: September 7, 2007
    Time: 3:30PM
    Place: Ctrm. 18B

[ ] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

_____
Signature of Judicial Officer

6/11/07
Date

(Rev eVOP 1/25/07)